Opinion filed August 18,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00198-CR

                                                    __________

 

                           ASHLEY
NICOLE HATFIELD, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 42nd District Court

                                                            Taylor
County, Texas

                                                   Trial
Court Cause No. 23,896-A

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Ashley
Nicole Hatfield has filed in this court a motion to dismiss her appeal. 
Pursuant to Tex.R.App.P. 42.2, the
motion is signed by both appellant and her counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM 

                                                                                    

August 18, 2011

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.